UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

| Case No. | CV 17-8038 DSF (RAOx) | Date | 12/1/17 |
|---|---|---|---|
| Title | State Farm General Ins. Co. v. Tyco Fire Products LP | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order to Show Cause re Remand for Lack of Subject Matter Jurisdiction

Defendant Tyco Fire Products LP filed a notice of removal identifying its two partners as Central Sprinkler LLC and Fire Products GP Holdings LLC. Defendant proceeded to establish the citizenship of Fire Products GP Holdings LLC but neglected to allege anything about the citizenship of Central Sprinkler LLC. Therefore, Defendant is ordered to show cause, in writing, no later than December 8, 2017, why this case should not be remanded to state court.

IT IS SO ORDERED.